B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee

In re _Georgia Dunn Cove_            Case No. _CF-11374-GPS-1_
        Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _September 2009_            Date filed: _12-3-08_
Line of Business: _Horse Farm_     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

_Georgia Dunn Cove_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|  | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☒

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME  $ 10,500

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month
Cash on Hand at End of Month

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL
(Exhibit B)
$ 4,159.03
$ 19,232.69
$ 10,000

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL EXPENSES  $ 4,859.50
(Exhibit C)

**CASH PROFIT**

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract Line C from Line B)

CASH PROFIT FOR THE MONTH
$ 10,500
$ 4,859.50
$ 5,640.50

B 25C (Official Form 25C) (12/08)                                                                         Page 3

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  2

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|   | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 7500 | $ 10500 | $ 3000 |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:    $ 7500
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:    $ 4500
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:    $ 3000

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# GEORGIA DUNN
# SEPTEMBER EXPENSES
# 2009

Ranch Contract Labor $165
Ranch Supplies $510.51
Ranch Shavings/Feed $1130.19
Ranch Hay $100
Ranch gas $395.58
Ranch Veterinary $677.04
Ranch Repair $154.65
Ranch/House Electric $699.20
Office $347.55
Ranch Truck/Vehicle Repair $71.28
Ranch Insurance $256.58
Ranch Vehicle Insurance $220
Cell $334.68
Ranch Advertising $52
Union Fees/Kit supply $98.79
Grocery $570.52
Medical Insurance $743.50
Child Support $1500
Child Expenses $634.03
Lunch/Dinner/Entertainment $78.87
Clothes $88.33
Miscellaneous $172.05
House Supplies/Repair $809.17

Income $10,500
Expenses $9809.50


**REGIONS**

LOG OUT   CONTACT US   SITE MAP

ACCOUNTS   TRANSFERS   PAYMENTS   E-SERVICES   MOBILE BANKING   CUSTOMER SERVICE   MESSAGES
Summary   View Debit Register   View/Edit Alerts   Online Statements   Add Categories   View/Edit Categories   View Reports

## Account Details - LIFEGREEN CHECKING ******9668

Print Page

View and sort your current account activity for all of your accounts.

View Account: x-9668 LIFEGREEN CHECKING $8,930.50

| | | | |
|---|---|---|---|
| Account Number | x-89668 | Overdraft Protection | $0.00 |
| YTD Interest | $0.00 | Ledger Balance | $9,043.68 |
| Interest Rate | 0.00 % | Available Balance | $8,930.50 |

### Pending Transactions

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Projected Balance |
|---|---|---|---|---|---|---|
| 10/5/2009 | PU | UGP*ACAJULTRABU | PND | ($59.95) | | $8,983.71 |
| 10/5/2009 | PU | CHINA COTTAGE C | PND | ($28.20) | | $8,955.51 |
| 10/5/2009 | PU | MAPCO EXP#1028 | PND | ($25.01) | | $8,930.50 |

### Transaction History

From: 09/01/2009   To: 09/30/2009   Current Month   Previous Month

Filter Transaction History By: (Select One:)   VIEW

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| 09/29/2009 | ATM DEBIT | MAPCO EXP#1007 MAPCO EXP#100 | CLR | $30.00 | | $1,932.69 |
| 09/29/2009 | CHECK | CHECK #7112 | CLR | $150.00 | | $1,962.69 |
| 09/29/2009 | CHECK | CHECK #7035 | CLR | $165.00 | | $2,112.69 |
| 09/28/2009 | CHK CRD | MCDONALD S F136 | CLR | $13.95 | | $2,277.69 |
| 09/28/2009 | CHK CRD | FEDEX 887534585 | CLR | $22.21 | | $2,291.64 |
| 09/28/2009 | CHECK | CHECK #7110 | CLR | $26.33 | | $2,313.85 |
| 09/28/2009 | CHK CRD | MYTRAINER800485 | CLR | $29.95 | | $2,340.18 |
| 09/28/2009 | CHK CRD | SIGNAL FOOD STO | CLR | $62.07 | | $2,370.13 |
| 09/28/2009 | ATM DEBIT | SHELL Service SHELL Service | CLR | $66.54 | | $2,432.20 |
| 09/28/2009 | CHECK | CHECK #7111 | CLR | $71.28 | | $2,498.74 |
| 09/28/2009 | CHK CRD | TARGET 0 | CLR | $113.85 | | $2,570.02 |
| 09/28/2009 | ATM DEBIT | WAL-MART #0056 WAL-MART #005 | CLR | $171.68 | | $2,683.87 |
| 09/28/2009 | CHK CRD | TARGET 0 | CLR | $231.21 | | $2,855.55 |
| 09/25/2009 | DEPOSIT | DEPOSIT | CLR | | $1,500.00 | $3,086.76 |
| 09/24/2009 | CHK CRD | LEGACY PUBLISHI | CLR | $109.00 | | $1,586.76 |
| 09/24/2009 | CHECK | CHECK #7109 | CLR | $112.81 | | $1,695.76 |
| 09/23/2009 | CHECK | CHECK #7034 | CLR | $100.00 | | $1,808.57 |
| 09/23/2009 | CHK CRD | OBRIEN VETERINA | CLR | $201.50 | | $1,908.57 |
| 09/23/2009 | ATM DEBIT | SAMSCLUB #4876 SAMSCLUB #487 | CLR | $219.60 | | $2,110.07 |
| 09/22/2009 | CHECK | CHECK #7036 | CLR | $13.02 | | $2,329.67 |
| 09/22/2009 | DEBIT | WALGREEN CO. ECHECK | CLR | $50.85 | | $2,342.69 |
| 09/22/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $86.80 | | $2,403.54 |
| 09/22/2009 | ATM DEBIT | ALDI #43 ALDI #43 | CLR | $112.15 | | $2,490.34 |
| 09/22/2009 | ATM DEBIT | ALDI #43 ALDI #43 | CLR | $130.08 | | $2,602.49 |
| 09/21/2009 | CHK CRD | 128 8TH AVE NOR | CLR | $8.00 | | $2,732.55 |
| 09/21/2009 | CHK CRD | CHINA COTTAGE C | CLR | $41.29 | | $2,738.55 |
| 09/21/2009 | CHK CRD | VZWRLSS-MYACCT | CLR | $334.68 | | $2,779.84 |
| 09/18/2009 | ATM DEBIT | MAPCO EXP#1028 MAPCO EXP#102 | CLR | $40.00 | | $3,114.52 |
| 09/18/2009 | CHECK | CHECK #7077 | CLR | $68.43 | | $3,154.52 |
| 09/18/2009 | ATM DEBIT | LOWE S #413 LOWE S #413 | CLR | $76.25 | | $3,222.95 |
| 09/18/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $94.67 | | $3,299.20 |
| 09/18/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $158.53 | | $3,394.17 |
| 09/17/2009 | CHK CRD | MCDONALD S F128 | CLR | $5.91 | | $3,552.70 |
| 09/17/2009 | CHK CRD | Flying J C stor | CLR | $40.20 | | $3,558.61 |
| 09/17/2009 | ATM DEBIT | KROGER 123 NOR KROGER 123 NO | CLR | $41.25 | | $3,598.81 |

| Date | Type | Description | Status | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 09/17/2009 | CHECK | CHECK #7106 | CLR | $280.20 | | $3,640.06 |
| 09/17/2009 | CHK CRD | OBRIEN VETERINA | CLR | $427.00 | | $3,920.26 |
| 09/16/2009 | ATM DEBIT | LOWE S #2776 LOWE S #2776 | CLR | $30.45 | | $4,347.26 |
| 09/16/2009 | CHK CRD | CEMC | CLR | $58.94 | | $4,377.71 |
| 09/16/2009 | CHECK | CHECK #7033 | CLR | $70.83 | | $4,436.65 |
| 09/16/2009 | CHK CRD | CEMC | CLR | $640.26 | | $4,507.48 |
| 09/15/2009 | CHK CRD | GRC*SHEER COVER | CLR | $37.94 | | $5,147.74 |
| 09/15/2009 | CHK CRD | TEL*JUPITER JAC | CLR | $100.93 | | $5,185.68 |
| 09/14/2009 | DEBIT | CHECK IMAGE FEE | CLR | $2.00 | | $5,286.61 |
| 09/14/2009 | CHK CRD | FARM BUREAU INS | CLR | $256.50 | | $5,288.61 |
| 09/14/2009 | DEPOSIT | DEPOSIT | CLR | | $1,500.00 | $5,545.11 |
| 09/11/2009 | CHECK | CHECK #7101 | CLR | $220.00 | | $4,045.11 |
| 09/10/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $36.22 | | $4,265.11 |
| 09/10/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $42.99 | | $4,301.33 |
| 09/10/2009 | CHECK | CHECK #7100 | CLR | $59.60 | | $4,344.32 |
| 09/10/2009 | DEBIT | TRACTOR SUPPLY C PURCHASE | CLR | $176.20 | | $4,443.92 |
| 09/10/2009 | CHECK | CHECK #7032 | CLR | $297.45 | | $4,620.12 |
| 09/10/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $300.86 | | $4,917.57 |
| 09/10/2009 | CHECK | CHECK #7030 | CLR | $384.61 | | $5,218.43 |
| 09/08/2009 | ATM DEBIT | MCDONALD S F13 MCDONALD S F1 | CLR | $1.17 | | $5,602.94 |
| 09/08/2009 | ATM DEBIT | MCDONALD S F13 MCDONALD S F1 | CLR | $2.15 | | $5,604.11 |
| 09/08/2009 | ATM DEBIT | MCDONALD S F13 MCDONALD S F1 | CLR | $3.55 | | $5,606.26 |
| 09/08/2009 | CHK CRD | ARBYS #7374 0 | CLR | $5.40 | | $5,609.81 |
| 09/08/2009 | CHK CRD | PILOT 0 | CLR | $5.45 | | $5,615.21 |
| 09/08/2009 | ATM DEBIT | EXXONMOBIL POS EXXONMOBIL PO | CLR | $16.07 | | $5,620.66 |
| 09/08/2009 | CHECK | CHECK #7014 | CLR | $20.00 | | $5,636.73 |
| 09/08/2009 | CHECK | CHECK #7015 | CLR | $20.00 | | $5,656.73 |
| 09/08/2009 | CHK CRD | PILOT 0 | CLR | $35.70 | | $5,676.73 |
| 09/08/2009 | CHK CRD | UGP*ACAIULTRABU | CLR | $59.95 | | $5,712.43 |
| 09/08/2009 | CHK CRD | JIMS QUICK STO1 | CLR | $85.00 | | $5,772.38 |
| 09/08/2009 | ATM DEBIT | WAL-MART #0009 WAL-MART #000 | CLR | $112.16 | | $5,857.38 |
| 09/08/2009 | CHECK | CHECK #7031 | CLR | $154.65 | | $5,969.54 |
| 09/08/2009 | DEPOSIT | DEPOSIT | CLR | | $4,000.00 | $6,124.19 |
| 09/03/2009 | ATM DEBIT | NERVOUS CHARLI NERVOUS CHARL | CLR | $20.00 | | $2,124.19 |
| 09/02/2009 | CHK CRD | BLUECROSS BLUES | CLR | $743.50 | | $2,144.19 |
| 09/01/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $81.94 | | $2,887.69 |
| 09/01/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $88.33 | | $2,969.63 |
| 09/01/2009 | DEBIT | WAL-MART STORES PURCHASE | CLR | $101.07 | | $3,057.96 |
| 09/01/2009 | CHECK | CHECK #7002 | CLR | $500.00 | | $3,159.03 |
| 09/01/2009 | CHECK | CHECK #0 | CLR | $500.00 | | $3,659.03 |
| 09/01/2009 | CHECK | CHECK #0 | CLR | $500.00 | | $4,159.03 |

DOWNLOAD

ACCOUNTS  TRANSFERS  PAYMENTS  E-SERVICES  ONLINE STATEMENTS  MOBILE BANKING  CUSTOMER SERVICE  MESSAGES
Contact Us  Site Map  Terms and Conditions  Privacy Pledge  Security

Equal Housing Lender  Member FDIC  ©2009 Regions Financial Corporation. All rights reserved.  1-800-REGIONS

https://securebank.regions.com/balances/AccountDetail.aspx?Index=1    10/5/2009