```
                    Kay C Paine II
                George C. Paine, II
                US Bankruptcy Judge
                Dated: 11/12/09
```


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:08-bk-11374 |
| GEORGIA DUNN CONE ) | Judge Paine |
| ) | Chapter 11 |
| Debtor. ) | |

## AGREED ORDER AMENDING PLAN OF REORGANIZATION

WHEREAS, the Debtor filed a Disclosure Statement to Accompany Plan of Reorganization (Docket #35) and Plan of Reorganization (Docket #36) on October 6, 2009;

WHEREAS the Debtor and William Cameron Cone agree to the items set forth below as evidenced by the signature of their counsel;

WHEREAS William Cameron Cone's acceptance of the Plan of Reorganization is conditional upon this amendment being made;

IT IS THEREFORE ORDERED THAT Article III, Section 6 of the Plan of Reorganization is amended to conform to the Disclosure Statement and provide that all Allowed General Unsecured Claims shall receive a pro rata share of $19,000.00.

IT IS FURTHER ORDERED THAT the Plan shall be amended to provide that this distribution to Allowed General Unsecured Claims shall be made in equal monthly installments for 60 months beginning 60 days after the Effective Date as defined in the Plan.

IT IS SO ORDERED.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ Allison E. Batts
Robin Bicket White (rbw@mglaw.net)
Allison E. Batts (aeb@mglaw.net)
MGLAW, PLLC
2525 West End Avenue, Suite 1475
Nashville, Tennessee 37203
615.846.8000
Fax: 615.846.9000

COUNSEL FOR WILLIAM CAMERON CONE


/s/ T. Larry Edmondson (with permission)
T. Larry Edmondson, No. 5601
800 Broadway, 3rd Floor
Nashville, Tennessee 37203
615.254.3765
Fax: 615.254.2072
larryedmondson@live.com

COUNSEL FOR GEORGIA DUNN CONE

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.